J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 E. Wilson Ave., Suite 202
Glendale, California  91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

JS-6

Robert J. Ward
Thomas C. Wright
Gardere Wynne Sewell, L.L.P.
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Telephone:  (214) 999-4200
Facsimile:   (214) 999-3266

Attorneys for Plaintiff Heeling Sports Limited

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION

| | |
|---|---|
| Heeling Sports Limited, <br><br> Plaintiff, <br> v. <br> Air Roller Shoes, et al. <br><br> Defendants. | Case No. EDCV 07-318 VAP (OPx) <br><br> AMENDED JUDGMENT PURSUANT TO DEFAULT <br><br> Court: Hon. Virginia A. Phillips <br> Date:  June 23, 2008 <br> Time:   10:00 a.m. |

This cause having come before this Court on the motion of Plaintiff Heeling Sports Limited ("Heeling" or "Plaintiff") for damages pursuant to default and permanent injunction against Defendants Air Roller Shoes, Kyle Mulvey and Sebastian Trifiro (collectively "Defendants");

AND, the Court having read and considered the pleadings, declarations and exhibits on file in this matter and having reviewed such evidence as was presented in support of Plaintiff's Motion;

AND, GOOD CAUSE APPEARING THEREFORE, the Court finds the following facts:

Plaintiff is the owner of all rights in and to certain patents including, but not limited to United States Patent No. 6,406,038 ("the '038 Patent"), United States Patent No. 6,739,602 ("the '602 Patent"), and United States Patent No. 6,746,026 ("the '026 Patent") (collectively "the Patents"), and all such Patents, and patent claims therein, are valid and enforceable.

At all relevant times Heeling has been and is now the sole and exclusive assignee and owner of all right, title, and interest to the Patents.

Heeling has not granted Defendants or to any of them any license or permission to use or exploit any of its patents, including the '038, '602 and the '026 Patents.

Defendants engage in the unauthorized business of importing, distributing, offering for sale and sale of wheeled shoes directly infringing and inducing the infringement of the Patents ("Unauthorized Product") online on AirRollerShoes.com and also in the City of Ontario, California and County of San Bernardino, among other places.

Defendants' importing, advertising, displaying, promoting, marketing, distributing, providing, offering for sale and selling of the Unauthorized Product was engaged in willfully and intentionally, without leave or license from Plaintiff, in violation of Plaintiff's rights in and to the Patents.

Therefore, based upon the foregoing facts, and

GOOD CAUSE APPEARING THEREFORE, THE COURT ORDERS in addition to the Permanent Injunction already ordered in this matter, that this Judgment shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 35 U.S.C. §§ 101 *et seq*., 28 U.S.C. §§ 1331 & 1338.

2) Service of process was properly made on the Defendants.

3) Defendants have distributed, sold, and offered for sale unauthorized, infringing products covered by Plaintiff's Patents that infringe upon the Patents.

4) A reasonable royalty of Fifteen ($15.00) per pair was established for the sale of 4,628 pairs of the Unauthorized Product.

5) Defendants are ordered to pay damages to Plaintiff pursuant to 35 U.S.C. § 284 in the sum of Sixty-Nine Thousand Four Hundred Twenty Dollars ($69,420.00) in patent damages.

6) Defendants are ordered to pay Four Thousand Three Hundred Seventy-Six Dollars and Eighty Cents ($4,376.80) for attorneys' fees and costs pursuant to 35 U.S.C. § 285 and Local Rule 55-3.

7) Defendants are ordered to pay post-judgment interest on the principal amount of the judgment to Plaintiff at the statutory rate pursuant to 28 U.S.C. §1961(a).

8) This Judgment shall be deemed to have been served upon Defendants at the time of its execution by the Court.

9) The Court finds there is no just reason for delay in entering this Judgment and, pursuant to Fed. R. Civ. P. 54(a), the Court directs immediate entry of this Judgment against Defendants.

10) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Judgment.

DATED: August 29, 2008

_____
Hon. Virginia A. Phillips
Judge, United States District Court,
Central District of California

PRESENTED BY:
J. Andrew Coombs, A Prof. Corp.

By: __/s/ Annie S. Wang_____
     J. Andrew Coombs
     Annie S. Wang
Attorneys for Plaintiff Heeling Sports Limited